# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 194 EAL 2015

        Respondent                :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
        v.                     :

MIGUEL MONTANEZ,            :

        Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.